UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| [UNDER SEAL], *et al.*, | ) | 1:17-cv-4561 WTL-TAB |
| | ) | |
| Defendants. | ) | |

**DOCUMENT FILED UNDER SEAL**

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

# United States District Court
## for the
## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>ZIAD I. KHADER,<br>NEIL H. PATEL,<br>NIKHIL H. PATEL,<br><br>*Defendants.* | Cause No:<br><br>1 17-cv- 4 5 6 1 WTL -TAB |

## SUMMONS IN A CIVIL ACTION

TO:
Neil H. Patel
1843 Limehouse Street
Carmel, Indiana, 46032

 A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Debra G. Richards
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: December 11, 2017

CLERK OF COURT, Laura A. Briggs

BY: *Daniel J. Habing*
   Deputy Clerk

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                               *Server's Signature*


                               _____
                               *Printed name and title*


                               _____
                               *Server's address*

Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| [UNDER SEAL], et al., ) | **1 17-cv-4561 WTL-TAB** |
| ) | |
| Defendants. ) | |

**DOCUMENT FILED UNDER SEAL**

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

# United States District Court
for the
Southern District of Indiana

UNITED STATES OF AMERICA )
)
        *Plaintiff,* )
)
  v. )   Cause No:
)
) **1 17-cv-4561 WTL-TAB**
)
ZIAD I. KHADER, )
NEIL H. PATEL, )
NIKHIL H. PATEL, )
)
        *Defendants.* )

## SUMMONS IN A CIVIL ACTION

TO:

Ziad I. Khader
2468 Buckland Street
Carmel, Indiana, 46032

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Debra G. Richards
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: December 11, 2017

CLERK OF COURT, Laura A. Briggs

BY: *Daniel J. Habing*
       *Deputy Clerk*

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.


I declare under penalty of perjury that this information is true.


Date: _____     _____
                          *Server's Signature*


                          _____
                          *Printed name and title*


                          _____
                          *Server's address*


Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| [UNDER SEAL], *et al.*, | ) | 1 17-cv- 4561 WTL -TAB |
| | ) | |
| Defendants. | ) | |

**DOCUMENT FILED UNDER SEAL**

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

# United States District Court
for the
Southern District of Indiana

UNITED STATES OF AMERICA )
)
        *Plaintiff,* )
)
   v. )   Cause No:
)
)
) **1 17-cv- 4561 WTL -TAB**
)
ZIAD I. KHADER, )
NEIL H. PATEL, )
NIKHIL H. PATEL, )
)
        *Defendants.* )

## SUMMONS IN A CIVIL ACTION

TO:
   Nikhil H. Patel
   54 Sandpiper Road
   Tampa, Florida, 33609

   A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Debra G. Richards
        Assistant United States Attorney
        Office of the United States Attorney
        10 West Market Street, Suite 2100
        Indianapolis, IN 46204-3048

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: December 11, 2017

CLERK OF COURT, Laura A. Briggs

BY: *Daniel J. Habing*
        *Deputy Clerk*

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                *Server's Signature*


                             _____
                                *Printed name and title*


                             _____
                                *Server's address*

Additional information regarding attempted service, etc.