UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:17-cv-4561-WTL-TAB |
| ) | |
| ZIAD I. KHADER, ) | |
| NEIL H. PATEL, and ) | |
| NIKHIL H. PATEL, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO UNSEAL THIS CAUSE OF ACTION

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that this cause of action is unsealed until further order of the Court. The Clerk is directed to unseal this case.

Date: 12/26/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via electronic notification.